**No. 09-9077. Alexander Bell, Petitioner v. Major Myers, et al.**

559 U.S. 1074, 130 S. Ct. 2105, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3331.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 837.